MAY 31, 1994

No. 92–1799. VISITING HOMEMAKER & HEALTH SERVICES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir.

Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *Health Care & Retirement Corp. of America, ante,* p. 571.